Edward W. Swanson (SBN 159859)
ed@smllp.law
Carly Bittman (SBN 305513)
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94101
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant Lewis Wallach

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEWIS WALLACH,<br><br>  Defendant | Case No. 20-CR-00365-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF-SURRENDER DATE FROM JANUARY 7, 2022 TO JANUARY 28, 2022** |

Defendant Lewis Wallach, by and through his counsel, and the United States, by and through Assistant United States Attorney Lloyd Farnham, hereby stipulate and agree as follows:

On September 23, 2021, the Court sentenced Mr. Wallach to 144 months imprisonment. At the conclusion of the sentencing hearing, the Court set January 7, 2022, as the date for Mr. Wallach to self-surrender. As of today, Mr. Wallach has not been designated to a prison by the Bureau of Prisons.

Mr. Wallach, who is 65 years old and has several serious health conditions, is among the group of people the Centers for Disease Control and Prevention ("CDC") has categorized as most-at-risk for contracting COVID-19. Because of Mr. Wallach's age and health, and due to

the ongoing COVID-19 pandemic, it would be preferable for Mr. Wallach to self-surrender directly to a designated Bureau of Prisons facility.

The parties therefore agree and jointly request that the date for Mr. Wallach to self-surrender be continued from January 7, 2022, to January 28, 2022. The requested delay is warranted to allow BOP to designate Mr. Wallach and to allow Mr. Wallach to travel to the yet unknown federal prison and self-surrender directly to that facility.

IT IS SO STIPULATED.

Dated: December 30, 2021

/s/ Edward W. Swanson
Edward W. Swanson
Carly Bittman
SWANSON & McNAMARA LLP

Attorneys for Lewis Wallach

Dated: December 30, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/ Lloyd Farnham
LLOYD FARNHAM
Assistant United States Attorneys

[PROPOSED] ORDER

For the reasons stated above, it is hereby ordered that defendant Lewis Wallach's self-surrender date be extended from January 7, 2022, to January 28, 2022.

IT IS SO ORDERED.

Dated: January 3, 2022

The Honorable Maxine M. Chesney
United States District Judge