Attachment A

| | United States v. Lewis Wallach, No. 20-CR-00365-MMC | | |
|---|---|---|---|
| | Revised Restitution Schedule (by Victim ID No.) | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6417288 | Al | R | $ 250,250.00 |
| 6417316 | Ma | J | $ 584,662.37 |
| 6417326 | We | M | $ 98,246.34 |
| 6417363 | Ba | L | $ 130,132.00 |
| 6417378 | Ba | K | $ 350,000.00 |
| 6417385 | Be | F | $ 222,000.00 |
| 6417386 | Be | J | $ 130,600.00 |
| 6417394 | Be | T | $ 192,051.00 |
| 6417397 | Be | R | $ 208,053.43 |
| 6417398 | Be | T | $ 704,250.00 |
| 6417406 | Be | B | $ 304,340.76 |
| 6417407 | Be | T | $ 363,864.19 |
| 6417408 | Be | B | $ 24,901.37 |
| 6417414 | Be | J | $ 246,000.00 |
| 6417418 | Be | M | $ 461,274.12 |
| 6417420 | Be | J | $ 275,000.00 |
| 6417422 | Be | B | $ 118,411.00 |
| 6417424 | Be | J | $ 752,454.75 |
| 6417432 | Bi | W | $ 162,000.00 |
| 6417452 | Aa | T | $ 35,979.00 |
| 6417459 | Ad | J | $ 896,739.44 |
| 6417463 | Ad | H | $ 3,712.50 |
| 6417465 | Ah | M | $ 10,000.00 |
| 6417468 | Ak | R | $ 774,767.48 |
| 6417470 | Al | B | $ 231,401.24 |
| 6417472 | Al | C | $ 72,559.38 |
| 6417474 | Al | R | $ 171,487.50 |
| 6417481 | Al | A | $ 52,467.54 |
| 6417484 | Al | J | $ 134,437.50 |
| 6417493 | Am | I | $ 478,687.00 |
| 6417517 | Bo | J | $ 154,900.00 |
| 6417519 | Bo | L | $ 188,832.27 |
| 6417531 | Br | D | $ 120,000.00 |
| 6417548 | Br | L | $ 367,861.16 |
| 6417549 | Ma | N | $ 60,550.00 |
| 6417552 | Br | T | $ 120,000.00 |
| 6417555 | Bu | J | $ 605,414.41 |
| 6417560 | Bu | G | $ 112,450.00 |
| 6417567 | Bu | J | $ 25,000.00 |
| 6417577 | Ca | M | $ 142,450.00 |
| 6417582 | Ca | S | $ 297,450.00 |
| 6417585 | Ca | C | $ 254,683.14 |
| 6417596 | Ca | D | $ 90,112.36 |
| 6417626 | Ch | K | $ 78,409.00 |
| 6417627 | Ch | B | $ 219,755.00 |
| 6417629 | Ch | N | $ 206,245.32 |
| 6417632 | Ch | M | $ 250,500.00 |
| 6417633 | Ch | D | $ 289,259.71 |
| 6417636 | Ch | F | $ 724,695.00 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6417650 | Cl | S | $ 461,737.80 |
| 6417654 | Cl | C | $ 192,756.31 |
| 6417657 | Co | V | $ 249,719.18 |
| 6417663 | Co | G | $ 484,557.40 |
| 6417666 | Co | R | $ 69,540.00 |
| 6417666 | Co | R | $ 201,305.00 |
| 6417666 | Co | R | $ 307,850.00 |
| 6417666 | Co | R | $ 156,300.00 |
| 6417666 | Co | R | $ 64,400.00 |
| 6417668 | Co | M | $ 365,000.00 |
| 6417671 | Co | E | $ 151,000.00 |
| 6417674 | Co | C | $ 159,352.06 |
| 6417677 | Es | N | $ 30,524.56 |
| 6417678 | Co | S | $ 64,000.00 |
| 6417701 | Co | D | $ 242,120.10 |
| 6417706 | Cr | F | $ 14,817.12 |
| 6417708 | Co | L | $ 50,000.00 |
| 6417720 | Da | L | $ 148,509.18 |
| 6417723 | Da | L | $ 123,708.97 |
| 6417741 | De | M | $ 144,915.23 |
| 6417746 | De | T | $ 156,699.18 |
| 6417752 | De | J | $ 518,471.67 |
| 6417755 | De | N | $ 110,655.93 |
| 6417759 | D' | D | $ 13,750.00 |
| 6417760 | De | G | $ 40,000.00 |
| 6417764 | Ma | N | $ 91,228.28 |
| 6417768 | Di | A | $ 100,000.00 |
| 6417769 | Di | E | $ 103,782.53 |
| 6417773 | Di | K | $ 68,668.71 |
| 6417774 | Di | L | $ 68,606.14 |
| 6417775 | Di | R | $ 431,361.18 |
| 6417778 | Do | D | $ 95,335.61 |
| 6417779 | Do | C | $ 365,000.00 |
| 6417786 | Ji | N | $ 156,879.41 |
| 6417791 | Do | W | $ 219,528.00 |
| 6417794 | Du | K | $ 314,069.51 |
| 6417804 | Du | J | $ 70,400.00 |
| 6417812 | Ea | R | $ 164,973.66 |
| 6417813 | Ea | E | $ 652,645.47 |
| 6417816 | Ed | J | $ 150,000.00 |
| 6417828 | En | C | $ 764,980.10 |
| 6417832 | Er | E | $ 125,589.96 |
| 6417835 | Er | J | $ 179,000.00 |
| 6417844 | Ew | H | $ 150,000.00 |
| 6417849 | Fa | T | $ 234,699.74 |
| 6417857 | Fa | C | $ 182,872.11 |
| 6417866 | Fe | A | $ 148,135.27 |
| 6417868 | Fe | J | $ 35,000.00 |
| 6417873 | Fe | E | $ 114,126.37 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6417877 | Fi | R | $ 40,293.60 |
| 6417879 | Fi | D | $ 330,000.00 |
| 6417883 | Fl | G | $ 300,000.00 |
| 6417884 | Fl | R | $ 42,518.49 |
| 6417887 | Fl | A | $ 1,278,127.00 |
| 6417895 | Fo | W | $ 156,879.41 |
| 6417898 | Fo | L | $ 573,000.00 |
| 6417899 | Fo | R | $ 836,322.00 |
| 6417900 | Fo | H | $ 86,037.00 |
| 6417921 | Fr | A | $ 97,834.24 |
| 6417922 | Fr | J | $ 80,000.00 |
| 6417923 | Fr | R | $ 190,901.37 |
| 6417933 | Ga | S | $ 50,576.00 |
| 6417935 | Ga | B | $ 412,516.38 |
| 6417936 | Ga | A | $ 764,613.22 |
| 6417938 | Ga | J | $ 77,327.40 |
| 6417945 | Ge | E | $ 304,726.44 |
| 6417946 | Ge | C | $ 64,027.00 |
| 6417949 | Ge | C | $ 343,006.00 |
| 6417963 | Gi | P | $ 4,750.00 |
| 6417964 | Gi | C | $ 227,630.00 |
| 6417969 | Gi | J | $ 335,349.00 |
| 6417972 | Gi | K | $ 114,588.00 |
| 6417973 | Gi | A | $ 5,000.00 |
| 6417975 | Gi | N | $ 240,100.00 |
| 6418011 | Gr | M | $ 23,419.86 |
| 6418012 | Gr | E | $ 473,039.70 |
| 6418018 | Gr | M | $ 64,679.91 |
| 6418019 | Gr | B | $ 122,000.00 |
| 6418024 | Gr | B | $ 317,300.00 |
| 6418028 | Gr | A | $ 1,060,000.00 |
| 6418050 | Gu | R | $ 2,935,715.00 |
| 6418053 | Gu | K | $ 67,662.35 |
| 6418070 | Ha | V | $ 22,568.97 |
| 6418074 | Ha | J | $ 169,018.44 |
| 6418076 | Ha | R | $ 209,284.00 |
| 6418079 | Ha | Z | $ 97,834.24 |
| 6418081 | Ha | L | $ 1,300,000.00 |
| 6418086 | Ha | Z | $ 111,460.00 |
| 6418087 | Ha | T | $ 593,345.00 |
| 6418090 | Ha | R | $ 300,700.00 |
| 6418093 | Ha | T | $ 89,783.94 |
| 6418097 | Ha | S | $ 42,603.77 |
| 6418101 | He | K | $ 90,070.76 |
| 6418105 | He | T | $ 41,470.00 |
| 6418106 | He | K | $ 97,079.00 |
| 6418108 | He | H | $ 150,000.00 |
| 6418114 | He | R | $ 20,000.00 |
| 6418115 | He | M | $ 136,823.06 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6418116 | He | M | $ 450,519.00 |
| 6418118 | He | C | $ 9,043.09 |
| 6418120 | He | J | $ 41,000.00 |
| 6418126 | He | E | $ 48,100.00 |
| 6418129 | Hi | K | $ 134,244.91 |
| 6418140 | Hi | S | $ 350,827.07 |
| 6418149 | Ho | S | $ 268,625.00 |
| 6418159 | Ho | C | $ 198,948.30 |
| 6418163 | Ho | M | $ 638,295.86 |
| 6418167 | Ho | W | $ 196,066.50 |
| 6418171 | Ho | P | $ 732,961.06 |
| 6418176 | Hu | B | $ 882,117.82 |
| 6418178 | Hu | E | $ 197,435.62 |
| 6418180 | Hu | W | $ 489,549.34 |
| 6418185 | Hu | I | $ 45,677.74 |
| 6418199 | In | J | $ 24,190.07 |
| 6418214 | Ja | C | $ 358,320.55 |
| 6418215 | Ja | C | $ 305,665.00 |
| 6418218 | Ja | L | $ 273,750.00 |
| 6418235 | Je | F | $ 49,894.15 |
| 6418240 | Ji | H | $ 261,685.20 |
| 6418243 | Jo | A | $ 409,260.28 |
| 6418246 | Jo | M | $ 60,563.53 |
| 6418249 | Jo | G | $ 271,575.00 |
| 6418253 | Jo | M | $ 44,522.00 |
| 6418260 | Ju | A | $ 225,000.00 |
| 6418261 | Ju | J | $ 8,663.75 |
| 6418266 | Ka | R | $ 300,000.00 |
| 6418274 | Ka | S | $ 148,750.00 |
| 6418277 | Ka | R | $ 283,100.00 |
| 6418279 | Ka | K | $ 470,000.00 |
| 6418291 | Sm | D | $ 100,000.00 |
| 6418294 | Ke | S | $ 646,000.00 |
| 6418295 | Ke | J | $ 1,377,500.00 |
| 6418298 | Ke | S | $ 85,703.91 |
| 6418312 | Ki | E | $ 208,476.19 |
| 6418319 | Ki | M | $ 86,000.00 |
| 6418321 | Kr | G | $ 169,228.43 |
| 6418323 | Kl | G | $ 59,925.00 |
| 6418324 | Kl | M | $ 178,663.80 |
| 6418325 | Kl | R | $ 85,408.57 |
| 6418333 | Kn | D | $ 110,150.00 |
| 6418335 | Ko | P | $ 19,531.68 |
| 6418337 | Ko | R | $ 246,875.00 |
| 6418341 | Ko | K | $ 100,000.00 |
| 6418344 | Ko | T | $ 391,148.43 |
| 6418347 | Ko | D | $ 134,846.31 |
| 6418349 | Kr | L | $ 93,836.30 |
| 6418352 | Kr | S | $ 549,048.64 |

| | United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|---|
| | Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | | Restitution |
| 6418355 | Kr | M | $ | 193,520.55 |
| 6418376 | La | C | $ | 97,000.00 |
| 6418380 | La | R | $ | 224,500.00 |
| 6418382 | La | F | $ | 172,172.89 |
| 6418385 | La | S | $ | 25,000.00 |
| 6418399 | La | M | $ | 45,544.45 |
| 6418405 | La | L | $ | 93,225.34 |
| 6418407 | Le | M | $ | 207,788.65 |
| 6418416 | Le | W | $ | 300,000.00 |
| 6418419 | Le | V | $ | 1,278,127.00 |
| 6418429 | Le | B | $ | 77,500.00 |
| 6418430 | Le | R | $ | 186,875.00 |
| 6418435 | Le | J | $ | 76,684.78 |
| 6418436 | Le | F | $ | 435,407.72 |
| 6418443 | Le | W | $ | 1,993,681.75 |
| 6418446 | Le | A | $ | 333,716.41 |
| 6418450 | Le | C | $ | 1,084,450.00 |
| 6418452 | Le | P | $ | 300,000.00 |
| 6418462 | Li | M | $ | 44,627.40 |
| 6418467 | Li | A | $ | 302,800.28 |
| 6418470 | Li | G | $ | 71,696.67 |
| 6418474 | Li | S | $ | 94,288.52 |
| 6418480 | Lo | J | $ | 50,985.21 |
| 6418481 | Lo | M | $ | 242,588.00 |
| 6418491 | Lu | M | $ | 45,000.00 |
| 6418500 | Lu | J | $ | 40,287.79 |
| 6418503 | Lu | N | $ | 66,465.00 |
| 6418513 | Ma | V | $ | 19,816.19 |
| 6418542 | Ma | J | $ | 292,492.00 |
| 6418544 | Ma | L | $ | 167,600.00 |
| 6418546 | Ma | I | $ | 39,328.08 |
| 6418553 | Ma | J | $ | 424,243.00 |
| 6418555 | Ma | A | $ | 30,000.00 |
| 6418567 | Ma | C | $ | 462,507.50 |
| 6418573 | Ma | J | $ | 72,124.96 |
| 6418574 | Ma | S | $ | 394,465.18 |
| 6418584 | Mc | F | $ | 1,517,849.45 |
| 6418587 | Mc | M | $ | 490,609.00 |
| 6418604 | Mc | M | $ | 210,000.00 |
| 6418607 | Mc | S | $ | 121,500.00 |
| 6418608 | Mc | B | $ | 330,932.00 |
| 6418617 | Mc | S | $ | 165,455.91 |
| 6418619 | Mc | L | $ | 69,304.31 |
| 6418622 | Mc | D | $ | 320,000.00 |
| 6418624 | Me | R | $ | 237,819.87 |
| 6418629 | Me | S | $ | 128,040.00 |
| 6418635 | Me | C | $ | 92,931.51 |
| 6418638 | Me | C | $ | 128,600.20 |
| 6418639 | Me | J | $ | 424,456.67 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6418643 | Me | J | $ 30,000.00 |
| 6418646 | Me | R | $ 291,391.84 |
| 6418647 | Me | M | $ 54,499.98 |
| 6418652 | Mi | M | $ 820,362.16 |
| 6418661 | Fi | V | $ 38,800.00 |
| 6418665 | Mi | C | $ 222,378.00 |
| 6418666 | Mi | D | $ 163,237.68 |
| 6418673 | Mi | K | $ 58,842.20 |
| 6418680 | Mi | J | $ 50,000.00 |
| 6418699 | Mo | S | $ 5,000.00 |
| 6418703 | Mo | R | $ 141,000.00 |
| 6418712 | Mo | B | $ 774,117.82 |
| 6418713 | Mo | E | $ 317,000.00 |
| 6418718 | Mo | J | $ 78,375.00 |
| 6418724 | Mo | D | $ 555,274.97 |
| 6418728 | Mo | H | $ 208,172.26 |
| 6418729 | Mo | J | $ 69,283.23 |
| 6418742 | Mu | L | $ 45,000.00 |
| 6418745 | Mu | B | $ 360,729.49 |
| 6418762 | Ne | B | $ 236,351.76 |
| 6418766 | Ne | I | $ 221,102.00 |
| 6418770 | Ni | J | $ 568,634.73 |
| 6418774 | Ni | S | $ 290,000.00 |
| 6418777 | No | I | $ 131,253.42 |
| 6418780 | No | P | $ 42,141.46 |
| 6418795 | Ol | L | $ 133,600.00 |
| 6418798 | O' | T | $ 122,906.52 |
| 6418805 | Or | S | $ 98,376.71 |
| 6418809 | Or | R | $ 68,885.00 |
| 6418815 | Os | A | $ 30,750.00 |
| 6418823 | Ou | P | $ 658,600.00 |
| 6418834 | Pa | J | $ 29,081.79 |
| 6418839 | Pa | S | $ 4,626,864.00 |
| 6418840 | Pa | M | $ 150,000.00 |
| 6418845 | Pa | M | $ 66,778.10 |
| 6418852 | Pa | M | $ 75,000.00 |
| 6418862 | Pe | K | $ 143,736.65 |
| 6418870 | Pe | K | $ 115,522.62 |
| 6418874 | Pe | R | $ 144,614.11 |
| 6418876 | Ph | A | $ 97,858.91 |
| 6418879 | Ph | G | $ 11,575.00 |
| 6418882 | Ph | M | $ 66,847.68 |
| 6418887 | Ph | S | $ 778,122.08 |
| 6418894 | Tu | P | $ 103,149.02 |
| 6418898 | Pr | D | $ 144,851.44 |
| 6418899 | Pr | K | $ 827,343.23 |
| 6418902 | Pr | T | $ 585,377.64 |
| 6418904 | Pr | W | $ 81,105.48 |
| 6418905 | Pr | T | $ 5,000.00 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6418912 | Pu | S | $ 27,862.50 |
| 6418914 | Wo | N | $ 41,991.19 |
| 6418916 | Pu | R | $ 219,533.57 |
| 6418924 | Ra | S | $ 400,149.07 |
| 6418930 | Ra | R | $ 129,600.00 |
| 6418934 | Ra | B | $ 118,838.38 |
| 6418941 | Re | R | $ 735,132.88 |
| 6418942 | Re | I | $ 98,586.10 |
| 6418943 | Re | A | $ 21,000.00 |
| 6418947 | Re | D | $ 264,131.00 |
| 6418963 | Re | M | $ 203,724.16 |
| 6418966 | Re | M | $ 661,000.00 |
| 6418972 | Pr | R | $ 120,000.00 |
| 6418975 | Ri | B | $ 367,121.23 |
| 6418985 | Ro | D | $ 22,800.00 |
| 6418998 | Ro | G | $ 47,392.47 |
| 6418999 | Ro | T | $ 44,000.00 |
| 6419006 | Ro | S | $ 176,677.22 |
| 6419011 | Ro | P | $ 529,860.00 |
| 6419030 | Ry | B | $ 84,622.00 |
| 6419031 | Ry | B | $ 253,018.87 |
| 6419038 | Sa | C | $ 174,118.18 |
| 6419039 | Sa | L | $ 91,340.00 |
| 6419040 | Sa | A | $ 180,810.10 |
| 6419043 | Sa | K | $ 50,000.00 |
| 6419044 | Sa | S | $ 17,464.90 |
| 6419047 | Sa | M | $ 335,200.00 |
| 6419058 | Sc | S | $ 256,256.54 |
| 6419060 | Sc | J | $ 500,000.00 |
| 6419068 | Sc | R | $ 403,597.94 |
| 6419082 | Sc | C | $ 256,231.86 |
| 6419083 | Sc | L | $ 301,268.49 |
| 6419085 | Sc | J | $ 350,000.00 |
| 6419095 | Se | W | $ 7,833.34 |
| 6419101 | Se | D | $ 1,142,879.78 |
| 6419102 | Se | J | $ 305,684.88 |
| 6419103 | Se | T | $ 74,479.17 |
| 6419113 | Sh | R | $ 41,024.00 |
| 6419116 | Sh | J | $ 10,000.00 |
| 6419124 | Sh | D | $ 407,312.58 |
| 6419132 | Sh | L | $ 26,300.00 |
| 6419135 | Sh | E | $ 45,737.00 |
| 6419168 | Sm | J | $ 206,604.86 |
| 6419169 | Sm | L | $ 37,876.72 |
| 6419181 | So | N | $ 208,172.97 |
| 6419187 | So | M | $ 158,758.56 |
| 6419203 | Sp | M | $ 97,791.69 |
| 6419204 | Sp | M | $ 90,000.00 |
| 6419205 | Sp | S | $ 253,992.33 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| --- | --- | --- | --- |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6419212 | St | S | $ 29,579.24 |
| 6419221 | St | K | $ 216,755.26 |
| 6419228 | St | S | $ 303,350.00 |
| 6419236 | Su | F | $ 49,615.89 |
| 6419249 | Sw | K | $ 457,497.54 |
| 6419262 | Ta | D | $ 293,625.00 |
| 6419265 | Ta | K | $ 45,000.00 |
| 6419268 | Ta | W | $ 258,182.50 |
| 6419274 | Te | W | $ 162,000.00 |
| 6419277 | Te | S | $ 10,375.00 |
| 6419286 | Th | H | $ 10,999.90 |
| 6419287 | Th | W | $ 643,469.00 |
| 6419293 | Ti | D | $ 123,600.00 |
| 6419299 | Ti | V | $ 229,763.32 |
| 6419301 | To | E | $ 15,000.00 |
| 6419308 | Tr | D | $ 152,446.17 |
| 6419310 | Tr | L | $ 253,520.00 |
| 6419311 | Tr | R | $ 200,000.00 |
| 6419317 | Tr | D | $ 582,000.00 |
| 6419319 | Tu | I | $ 387,507.00 |
| 6419320 | Tu | M | $ 863,240.00 |
| 6419332 | Uh | V | $ 30,000.00 |
| 6419336 | Ut | A | $ 695,603.00 |
| 6419341 | Va | J | $ 49,079.68 |
| 6419353 | Va | M | $ 13,420.00 |
| 6419358 | Ve | D | $ 21,775.51 |
| 6419362 | Vi | R | $ 802,070.07 |
| 6419372 | Vo | G | $ 370,000.00 |
| 6419386 | Wa | M | $ 50,000.00 |
| 6419390 | Wa | T | $ 892,258.00 |
| 6419410 | We | J | $ 225,000.00 |
| 6419412 | We | J | $ 452,000.00 |
| 6419417 | We | L | $ 166,413.00 |
| 6419418 | We | S | $ 104,000.00 |
| 6419419 | We | M | $ 144,839.37 |
| 6419428 | We | S | $ 183,253.42 |
| 6419430 | We | Z | $ 38,361.80 |
| 6419432 | We | J | $ 573,062.00 |
| 6419436 | Wh | E | $ 224,095.05 |
| 6419438 | Wh | J | $ 100,000.00 |
| 6419443 | Wi | C | $ 162,898.10 |
| 6419452 | Wi | C | $ 495,935.00 |
| 6419453 | Wi | R | $ 185,661.64 |
| 6419456 | Wi | H | $ 380,000.00 |
| 6419461 | Wi | G | $ 25,000.00 |
| 6419472 | Wo | J | $ 163,914.73 |
| 6419476 | Ya | A | $ 331,950.66 |
| 6419494 | Jo | T | $ 478,250.00 |
| 6419496 | Za | G | $ 34,829.30 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6419504 | Ze | D | $ 93,025.00 |
| 6419521 | An | D | $ 158,793.97 |
| 6419525 | An | S | $ 546,971.40 |
| 6419527 | An | J | $ 113,317.56 |
| 6419531 | An | K | $ 343,644.52 |
| 6419533 | An | R | $ 80,657.89 |
| 6419538 | Ar | N | $ 249,764.38 |
| 6419548 | Ar | L | $ 86,210.00 |
| 6419557 | Ba | N | $ 41,108.90 |
| 6419563 | Ba | K | $ 855,048.55 |
| 6419573 | Ba | S | $ 122,973.30 |
| 6419603 | An | P | $ 100,000.00 |
| 6419605 | Za | J | $ 78,178.35 |
| 6419607 | Ca | M | $ 298,498.75 |
| 6419608 | Ch | J | $ 174,000.00 |
| 6419609 | Pa | D | $ 223,948.64 |
| 6419616 | As | C | $ 503,442.75 |
| 6419617 | Br | H | $ 391,849.00 |
| 6419620 | Ch | J | $ 300,000.00 |
| 6428799 | Sw | C | $ 232,027.00 |
| 6430948 | Ki | K | $ 163,361.27 |
| 6443112 | Cu | M | $ 43,600.00 |
| 6443272 | Pa | V | $ 149,406.25 |
| 6450412 | Li | G | $ 26,228.98 |
| 6455624 | Ga | J | $ 284,250.00 |
| 6465712 | Mo | P | $ 253,172.26 |
| 6467428 | Be | K | $ 366,838.91 |
| 6535359 | Pu | D | $ 154,537.08 |
| 6547580 | So | M | $ 64,914.00 |
| 6548098 | Fo | J | $ 2,777.50 |
| 6548114 | Se | M | $ 66,025.00 |
| 6582113 | Go | N/A | $ 37,500.00 |
| 6585236 | De | M | $ 15,480.48 |
| 6721226 | Ki | K | $ 190,580.41 |
| 6727074 | Ha | J | $ 121,695.23 |
| 6851516 | Go | B | $ 7,250.00 |
| | | | |
| | | | $ 109,953,495.90 |