1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  SHINING J. HSU (CABN 317917)
   Assistant United States Attorney
4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-7022
        FAX: (415) 436-6748
6       Shining.Hsu@usdoj.gov

7  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,              )  CASE NO. 20-CR-365 MMC
12                                        )
            Plaintiff,                    )  **DECLARATION OF ZARINAH HOLLAND IN**
13                                        )  **SUPPORT OF THE UNITED STATES OF**
        v.                                )  **AMERICA'S MOTION FOR ORDER TO**
14                                        )  **TURNOVER PROPERTY HELD BY THE**
   LEWIS WALLACH,                         )  **FEDERAL BUREAU OF INVESTIGATION**
15                                        )  **FOR PAYMENT OF RESTITUTION**
            Defendant.                    )  **JUDGMENT**
16  _____)

17

18  I, Zarinah Holland, declare as follows:

19      1.      I am employed as a Financial Analyst Contractor in the United States Attorney's Office

20  for the Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, California

21  94102.

22      2.      I make this declaration based on my own personal knowledge of the facts of this matter.

23  If called upon to do so, I could and would testify to the following.

24      3.      Attached hereto as Exhibit "A" is a true and correct copy of the judgment entered on

25  September 24, 2021, in the U.S. District Court in the Northern District of California.

26      4.      Attached hereto as Exhibit "B" is a true and correct copy of the amended judgment

27  entered on June 6, 2022, in the U.S. District Court in the Northern District of California.

28

1        5.      As of October 21, 2022, Defendant has made a payment of $200.00 toward the

2   obligations imposed upon him as a result of the criminal conduct for which he was convicted, leaving an

3   unpaid balance, including accrued interest, of approximately $110,836,678.52.

4        6.      On August 22, 2022, Special Agent Mario C. Scussel with the FBI, contacted the U.S.

5   Attorney's Office in connection with the Criminal Case No. 20-CR-365. Special Agent Mario C.

6   Scussel informed the Financial Litigation Program of the U.S. Attorney's Office that the FBI had in its

7   possession, various precious metal coins seized from Defendant's residence and a safety deposit box

8   registered to Defendant at Bank of America, during the execution of a search warrant, conducted on

9   January 12, 2021, and January 13, 2021, respectively, for the conduct in which a criminal judgment was

10   entered against him in the above referenced case. The precious metal coins were examined,

11   authenticated, and appraised by Witter Coins on May 4, 2021. Attached hereto as Exhibit "C" is a true

12   and correct copy of the appraisal from Witter Coins to the FBI.

13        I declare that the foregoing is true and correct under penalty of perjury.

14        Executed on October 21, 2022, at San Francisco, California.

16                       ZARINAH HOLLAND

# EXHIBIT A

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| **v.** | ) | |
| Lewis Wallach | ) | USDC Case Number:  CR-20-00365-001 MMC |
| | ) | BOP Case Number:  DCAN320CR00365-001 |
| | ) | USM Number:  None |
| | ) | Defendant's Attorney:  Edward Swanson (Retained) |

**THE DEFENDANT:**

☑ pleaded guilty to counts: <u>One and Two of the Information.</u>

☐ pleaded nolo contendere to count(s): which was accepted by the court.

☐ was found guilty on count(s): after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | May 31, 2020 | 1 |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | May 31, 2020 | 2 |
| | | | |

The defendant is sentenced as provided in pages 2 through <u> 7 </u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s):

☐ Count(s) dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/22/2021

Date of Imposition of Judgment

Signature of Judge

The Honorable Maxine M. Chesney

<u>Senior United States District Judge</u>

Name & Title of Judge

9/24/2021

Date

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT: Lewis Wallach | Judgment - Page 2 of 7 |
| CASE NUMBER: CR-20-00365-001 MMC | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    144 months. This term consists of terms of 144 months on each of Counts One and Two, all counts to be served concurrently.

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☑ The Court makes the following recommendations to the Bureau of Prisons: The defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program. The Court also recommends that the defendant be designated to FCI Lompoc, California, or another such facility near Southern California, consistent with his medical needs, in order to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at   on  (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ at 2:00 pm on 1/7/2022 (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT:  Lewis Wallach | Judgment - Page 3 of 7 |
| CASE NUMBER:  CR-20-00365-001 MMC | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:  <u>3 years.</u> This term consists of terms of 3 years on each of Counts One and Two, all such terms to run concurrently.

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.

2) You must not unlawfully possess a controlled substance.

3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4) ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5) ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT: Lewis Wallach                                                                                    Judgment - Page 4 of 7
CASE NUMBER: CR-20-00365-001 MMC

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1)   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2)   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3)   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4)   You must follow the instructions of the probation officer related to the conditions of supervision.
5)   You must answer truthfully the questions asked by your probation officer.
6)   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7)   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8)   You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
9)   You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.
10)  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11)  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12)  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐   If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____               _____
                    Defendant                                                                    Date

             _____               _____
                    U.S. Probation Officer/Designated Witness                          Date

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Lewis Wallach                                              Judgment - Page 5 of 7
CASE NUMBER:  CR-20-00365-001 MMC

## SPECIAL CONDITIONS OF SUPERVISION

1.      You must pay any restitution and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

2.      You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

3.      You must provide the probation officer with access to any financial information, including tax returns, and must authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

4.      You must participate in a mental health treatment program, as directed by the probation officer. You are to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of mental health counseling. The actual co-payment schedule must be determined by the probation officer.

5.      You must cooperate in the collection of DNA as directed by the probation officer.

6.      You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches.

7.      You must participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of urinalysis and counseling. The actual co-payment schedule must be determined by the probation officer.

8.      You must abstain from the use of all alcoholic beverages.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT:  Lewis Wallach                                                                    Judgment - Page 6 of 7
CASE NUMBER:  CR-20-00365-001 MMC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 200 | Waived | To Be Determined | N/A | N/A |

☑  The determination of restitution is deferred until <u>December 8, 2021</u>. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $  0.00 | $  0.00 | |

☐  Restitution amount ordered pursuant to plea agreement $

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the.

    ☐  the interest requirement is waived for the  is modified as follows:

---

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

DEFENDANT: Lewis Wallach                                                                    Judgment - Page 7 of 7
CASE NUMBER: CR-20-00365-001 MMC

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐ Lump sum payment of _____ due immediately, balance due

        ☐ not later than  , or
        ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, and/or   ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,   ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within  (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
**The defendant shall pay to the United States a special assessment of $200. Payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.  During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

# EXHIBIT B

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>Lewis Wallach | )<br>)<br>) | **AMENDED JUDGMENT IN A CRIMINAL CASE** |

)   USDC Case Number:  CR-20-00365-001 MMC
)   BOP Case Number:  DCAN320CR00365-001
)   USM Number: 79042-509
)   Defendant's Attorney:  Edward Swanson (Retained)

**Date of Original Judgment:  9/22/2021**
**(or Date of Last Amended Judgment)**
**THE DEFENDANT:**

- [✓] pleaded guilty to counts: <u>One and Two of the Information</u>
- [ ] pleaded nolo contendere to count(s): which was accepted by the court.
- [ ] was found guilty on count(s): after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | May 31, 2020 | 1 |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | May 31, 2020 | 2 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through  8  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s):
- [ ] Count(s)  dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/1/2022
Date of Imposition of Judgment

Signature of Judge
The Honorable Maxine M. Chesney
<u>Senior United States District Judge</u>
Name & Title of Judge

6/6/2022
Date

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT:  Lewis Wallach | Judgment - Page 2 of 8 |
| CASE NUMBER:  CR-20-00365-001 MMC | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
144 months. This term consists of terms of 144 months on each of Counts One and Two, all counts to be served concurrently.

The appearance bond is hereby exonerated, or upon surrender of the defendant as noted below.  Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Cash Security form on file in the Clerk's Office.

☑ The Court makes the following recommendations to the Bureau of Prisons: The defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program. The Court also recommends that the defendant be designated to FCI Lompoc, California, or another such facility near Southern California, consistent with his medical needs, in order to facilitate family visitation.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at   on (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ at <u>2:00</u> pm on 2/18/2022 (no later than 2:00 pm).

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.

 

_____

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT: Lewis Wallach | Judgment - Page 3 of 8 |
| CASE NUMBER: CR-20-00365-001 MMC | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>3 years.</u> 3 years. This term consists of terms of 3 years on each of Counts One and Two, all such terms to run concurrently.

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.

2) You must not unlawfully possess a controlled substance.

3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4) ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5) ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

DEFENDANT: Lewis Wallach                                                                                    Judgment - Page 4 of 8
CASE NUMBER: CR-20-00365-001 MMC

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1)   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2)   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3)   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4)   You must follow the instructions of the probation officer related to the conditions of supervision.
5)   You must answer truthfully the questions asked by your probation officer.
6)   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7)   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8)   You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
9)   You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.
10)  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11)  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12)  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐   If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions.  I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) _____                    _____
              Defendant                                                                                  Date

              _____                    _____
              U.S. Probation Officer/Designated Witness                            Date

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

DEFENDANT:  Lewis Wallach                                          Judgment - Page 5 of 8
CASE NUMBER:  CR-20-00365-001 MMC

## SPECIAL CONDITIONS OF SUPERVISION

1.      You must pay any restitution and special assessment that is imposed by this judgment and that remains unpaid at the commencement of the term of supervised release.

2.      You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

3.      You must provide the probation officer with access to any financial information, including tax returns, and must authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

4.      You must participate in a mental health treatment program, as directed by the probation officer. You are to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of mental health counseling. The actual co-payment schedule must be determined by the probation officer.

5.      You must cooperate in the collection of DNA as directed by the probation officer.

6.      You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches.

7.      You must participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as you are released from treatment by the probation officer. You are to pay part or all of the cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments must never exceed the total cost of urinalysis and counseling. The actual co-payment schedule must be determined by the probation officer.

8.      You must abstain from the use of all alcoholic beverages.

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

DEFENDANT: Lewis Wallach                                                                          Judgment - Page 6 of 8
CASE NUMBER: CR-20-00365-001 MMC

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | __Assessment__ | __Fine__ | __Restitution__ | __AVAA Assessment*__ | __JVTA Assessment**__ |
|---|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ Waived | $ 109,953,495.90 | Waived | Waived |

☐   The determination of restitution is deferred until. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See Attachment A for the list of victims and respective amounts | | $109,953,495.90 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | | $109,953,495.90 | |

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      ☐   the interest requirement is waived for the.

      ☐   the interest requirement is waived for the  is modified as follows:

---

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

DEFENDANT: Lewis Wallach
CASE NUMBER: CR-20-00365-001 MMC

Judgment - Page 7 of 8

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

**A** ☐ Lump sum payment of _____ due immediately, balance due

        ☐ not later than  , or
        ☐ in accordance with   ☐ C,   ☐ D, or   ☐ E, and/or   ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C,   ☐ D, or ☐ F below); or

**C** ☐ Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal  (e.g., weekly, monthly, quarterly) installments of  _ over a period of  (e.g., months or years), to commence  (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within  (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
**The defendant shall pay to the United States a special assessment of $200. It is further ordered that the defendant shall pay restitution totaling $109,953,495.90 to the victims in this case. Payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102. During imprisonment, payment of criminal monetary penalties is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.**

**Payment of restitution during the term of supervised release shall commence within 60 days of release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). The amounts paid to victims through the bankruptcy proceedings Professional Financial Investors, Inc., Case No. 20-30604 and Professional Investors Security Fund, Inc., Case No. 20-30579, are to be credited toward payment of defendant's restitution in accordance with 18 U.S.C. Sec. 3664(j)(2). In addition, the amounts paid by the defendant prior to sentencing to Professional Financial Investors, Inc. and Professional Investors Securities Fund, Inc., to compensate or repay losses caused by the conduct described in the defendant's Plea Agreement, shall be credited towards restitution.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |
| | | | |

---

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

AO 245C (Rev. AO 09/19-CAN 12/19) Amended Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT:  Lewis Wallach | Judgment - Page 8 of 8 |
| CASE NUMBER:  CR-20-00365-001 MMC | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

☐    The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**

Attachment A

| | United States v. Lewis Wallach, No. 20-CR-00365-MMC | | |
|---|---|---|---|
| | Revised Restitution Schedule (by Victim ID No.) | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6417288 | Al | R | $ 250,250.00 |
| 6417316 | Ma | J | $ 584,662.37 |
| 6417326 | We | M | $ 98,246.34 |
| 6417363 | Ba | L | $ 130,132.00 |
| 6417378 | Ba | K | $ 350,000.00 |
| 6417385 | Be | F | $ 222,000.00 |
| 6417386 | Be | J | $ 130,600.00 |
| 6417394 | Be | T | $ 192,051.00 |
| 6417397 | Be | R | $ 208,053.43 |
| 6417398 | Be | T | $ 704,250.00 |
| 6417406 | Be | B | $ 304,340.76 |
| 6417407 | Be | T | $ 363,864.19 |
| 6417408 | Be | B | $ 24,901.37 |
| 6417414 | Be | J | $ 246,000.00 |
| 6417418 | Be | M | $ 461,274.12 |
| 6417420 | Be | J | $ 275,000.00 |
| 6417422 | Be | B | $ 118,411.00 |
| 6417424 | Be | J | $ 752,454.75 |
| 6417432 | Bi | W | $ 162,000.00 |
| 6417452 | Aa | T | $ 35,979.00 |
| 6417459 | Ad | J | $ 896,739.44 |
| 6417463 | Ad | H | $ 3,712.50 |
| 6417465 | Ah | M | $ 10,000.00 |
| 6417468 | Ak | R | $ 774,767.48 |
| 6417470 | Al | B | $ 231,401.24 |
| 6417472 | Al | C | $ 72,559.38 |
| 6417474 | Al | R | $ 171,487.50 |
| 6417481 | Al | A | $ 52,467.54 |
| 6417484 | Al | J | $ 134,437.50 |
| 6417493 | Am | I | $ 478,687.00 |
| 6417517 | Bo | J | $ 154,900.00 |
| 6417519 | Bo | L | $ 188,832.27 |
| 6417531 | Br | D | $ 120,000.00 |
| 6417548 | Br | L | $ 367,861.16 |
| 6417549 | Ma | N | $ 60,550.00 |
| 6417552 | Br | T | $ 120,000.00 |
| 6417555 | Bu | J | $ 605,414.41 |
| 6417560 | Bu | G | $ 112,450.00 |
| 6417567 | Bu | J | $ 25,000.00 |
| 6417577 | Ca | M | $ 142,450.00 |
| 6417582 | Ca | S | $ 297,450.00 |
| 6417585 | Ca | C | $ 254,683.14 |
| 6417596 | Ca | D | $ 90,112.36 |
| 6417626 | Ch | K | $ 78,409.00 |
| 6417627 | Ch | B | $ 219,755.00 |
| 6417629 | Ch | N | $ 206,245.32 |
| 6417632 | Ch | M | $ 250,500.00 |
| 6417633 | Ch | D | $ 289,259.71 |
| 6417636 | Ch | F | $ 724,695.00 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6417650 | Cl | S | $ 461,737.80 |
| 6417654 | Cl | C | $ 192,756.31 |
| 6417657 | Co | V | $ 249,719.18 |
| 6417663 | Co | G | $ 484,557.40 |
| 6417666 | Co | R | $ 69,540.00 |
| 6417666 | Co | R | $ 201,305.00 |
| 6417666 | Co | R | $ 307,850.00 |
| 6417666 | Co | R | $ 156,300.00 |
| 6417666 | Co | R | $ 64,400.00 |
| 6417668 | Co | M | $ 365,000.00 |
| 6417671 | Co | E | $ 151,000.00 |
| 6417674 | Co | C | $ 159,352.06 |
| 6417677 | Es | N | $ 30,524.56 |
| 6417678 | Co | S | $ 64,000.00 |
| 6417701 | Co | D | $ 242,120.10 |
| 6417706 | Cr | F | $ 14,817.12 |
| 6417708 | Co | L | $ 50,000.00 |
| 6417720 | Da | L | $ 148,509.18 |
| 6417723 | Da | L | $ 123,708.97 |
| 6417741 | De | M | $ 144,915.23 |
| 6417746 | De | T | $ 156,699.18 |
| 6417752 | De | J | $ 518,471.67 |
| 6417755 | De | N | $ 110,655.93 |
| 6417759 | D' | D | $ 13,750.00 |
| 6417760 | De | G | $ 40,000.00 |
| 6417764 | Ma | N | $ 91,228.28 |
| 6417768 | Di | A | $ 100,000.00 |
| 6417769 | Di | E | $ 103,782.53 |
| 6417773 | Di | K | $ 68,668.71 |
| 6417774 | Di | L | $ 68,606.14 |
| 6417775 | Di | R | $ 431,361.18 |
| 6417778 | Do | D | $ 95,335.61 |
| 6417779 | Do | C | $ 365,000.00 |
| 6417786 | Ji | N | $ 156,879.41 |
| 6417791 | Do | W | $ 219,528.00 |
| 6417794 | Du | K | $ 314,069.51 |
| 6417804 | Du | J | $ 70,400.00 |
| 6417812 | Ea | R | $ 164,973.66 |
| 6417813 | Ea | E | $ 652,645.47 |
| 6417816 | Ed | J | $ 150,000.00 |
| 6417828 | En | C | $ 764,980.10 |
| 6417832 | Er | E | $ 125,589.96 |
| 6417835 | Er | J | $ 179,000.00 |
| 6417844 | Ew | H | $ 150,000.00 |
| 6417849 | Fa | T | $ 234,699.74 |
| 6417857 | Fa | C | $ 182,872.11 |
| 6417866 | Fe | A | $ 148,135.27 |
| 6417868 | Fe | J | $ 35,000.00 |
| 6417873 | Fe | E | $ 114,126.37 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6417877 | Fi | R | $ 40,293.60 |
| 6417879 | Fi | D | $ 330,000.00 |
| 6417883 | Fl | G | $ 300,000.00 |
| 6417884 | Fl | R | $ 42,518.49 |
| 6417887 | Fl | A | $ 1,278,127.00 |
| 6417895 | Fo | W | $ 156,879.41 |
| 6417898 | Fo | L | $ 573,000.00 |
| 6417899 | Fo | R | $ 836,322.00 |
| 6417900 | Fo | H | $ 86,037.00 |
| 6417921 | Fr | A | $ 97,834.24 |
| 6417922 | Fr | J | $ 80,000.00 |
| 6417923 | Fr | R | $ 190,901.37 |
| 6417933 | Ga | S | $ 50,576.00 |
| 6417935 | Ga | B | $ 412,516.38 |
| 6417936 | Ga | A | $ 764,613.22 |
| 6417938 | Ga | J | $ 77,327.40 |
| 6417945 | Ge | E | $ 304,726.44 |
| 6417946 | Ge | C | $ 64,027.00 |
| 6417949 | Ge | C | $ 343,006.00 |
| 6417963 | Gi | P | $ 4,750.00 |
| 6417964 | Gi | C | $ 227,630.00 |
| 6417969 | Gi | J | $ 335,349.00 |
| 6417972 | Gi | K | $ 114,588.00 |
| 6417973 | Gi | A | $ 5,000.00 |
| 6417975 | Gi | N | $ 240,100.00 |
| 6418011 | Gr | M | $ 23,419.86 |
| 6418012 | Gr | E | $ 473,039.70 |
| 6418018 | Gr | M | $ 64,679.91 |
| 6418019 | Gr | B | $ 122,000.00 |
| 6418024 | Gr | B | $ 317,300.00 |
| 6418028 | Gr | A | $ 1,060,000.00 |
| 6418050 | Gu | R | $ 2,935,715.00 |
| 6418053 | Gu | K | $ 67,662.35 |
| 6418070 | Ha | V | $ 22,568.97 |
| 6418074 | Ha | J | $ 169,018.44 |
| 6418076 | Ha | R | $ 209,284.00 |
| 6418079 | Ha | Z | $ 97,834.24 |
| 6418081 | Ha | L | $ 1,300,000.00 |
| 6418086 | Ha | Z | $ 111,460.00 |
| 6418087 | Ha | T | $ 593,345.00 |
| 6418090 | Ha | R | $ 300,700.00 |
| 6418093 | Ha | T | $ 89,783.94 |
| 6418097 | Ha | S | $ 42,603.77 |
| 6418101 | He | K | $ 90,070.76 |
| 6418105 | He | T | $ 41,470.00 |
| 6418106 | He | K | $ 97,079.00 |
| 6418108 | He | H | $ 150,000.00 |
| 6418114 | He | R | $ 20,000.00 |
| 6418115 | He | M | $ 136,823.06 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6418116 | He | M | $ 450,519.00 |
| 6418118 | He | C | $ 9,043.09 |
| 6418120 | He | J | $ 41,000.00 |
| 6418126 | He | E | $ 48,100.00 |
| 6418129 | Hi | K | $ 134,244.91 |
| 6418140 | Hi | S | $ 350,827.07 |
| 6418149 | Ho | S | $ 268,625.00 |
| 6418159 | Ho | C | $ 198,948.30 |
| 6418163 | Ho | M | $ 638,295.86 |
| 6418167 | Ho | W | $ 196,066.50 |
| 6418171 | Ho | P | $ 732,961.06 |
| 6418176 | Hu | B | $ 882,117.82 |
| 6418178 | Hu | E | $ 197,435.62 |
| 6418180 | Hu | W | $ 489,549.34 |
| 6418185 | Hu | I | $ 45,677.74 |
| 6418199 | In | J | $ 24,190.07 |
| 6418214 | Ja | C | $ 358,320.55 |
| 6418215 | Ja | C | $ 305,665.00 |
| 6418218 | Ja | L | $ 273,750.00 |
| 6418235 | Je | F | $ 49,894.15 |
| 6418240 | Ji | H | $ 261,685.20 |
| 6418243 | Jo | A | $ 409,260.28 |
| 6418246 | Jo | M | $ 60,563.53 |
| 6418249 | Jo | G | $ 271,575.00 |
| 6418253 | Jo | M | $ 44,522.00 |
| 6418260 | Ju | A | $ 225,000.00 |
| 6418261 | Ju | J | $ 8,663.75 |
| 6418266 | Ka | R | $ 300,000.00 |
| 6418274 | Ka | S | $ 148,750.00 |
| 6418277 | Ka | R | $ 283,100.00 |
| 6418279 | Ka | K | $ 470,000.00 |
| 6418291 | Sm | D | $ 100,000.00 |
| 6418294 | Ke | S | $ 646,000.00 |
| 6418295 | Ke | J | $ 1,377,500.00 |
| 6418298 | Ke | S | $ 85,703.91 |
| 6418312 | Ki | E | $ 208,476.19 |
| 6418319 | Ki | M | $ 86,000.00 |
| 6418321 | Kr | G | $ 169,228.43 |
| 6418323 | Kl | G | $ 59,925.00 |
| 6418324 | Kl | M | $ 178,663.80 |
| 6418325 | Kl | R | $ 85,408.57 |
| 6418333 | Kn | D | $ 110,150.00 |
| 6418335 | Ko | P | $ 19,531.68 |
| 6418337 | Ko | R | $ 246,875.00 |
| 6418341 | Ko | K | $ 100,000.00 |
| 6418344 | Ko | T | $ 391,148.43 |
| 6418347 | Ko | D | $ 134,846.31 |
| 6418349 | Kr | L | $ 93,836.30 |
| 6418352 | Kr | S | $ 549,048.64 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6418355 | Kr | M | $ 193,520.55 |
| 6418376 | La | C | $ 97,000.00 |
| 6418380 | La | R | $ 224,500.00 |
| 6418382 | La | F | $ 172,172.89 |
| 6418385 | La | S | $ 25,000.00 |
| 6418399 | La | M | $ 45,544.45 |
| 6418405 | La | L | $ 93,225.34 |
| 6418407 | Le | M | $ 207,788.65 |
| 6418416 | Le | W | $ 300,000.00 |
| 6418419 | Le | V | $ 1,278,127.00 |
| 6418429 | Le | B | $ 77,500.00 |
| 6418430 | Le | R | $ 186,875.00 |
| 6418435 | Le | J | $ 76,684.78 |
| 6418436 | Le | F | $ 435,407.72 |
| 6418443 | Le | W | $ 1,993,681.75 |
| 6418446 | Le | A | $ 333,716.41 |
| 6418450 | Le | C | $ 1,084,450.00 |
| 6418452 | Le | P | $ 300,000.00 |
| 6418462 | Li | M | $ 44,627.40 |
| 6418467 | Li | A | $ 302,800.28 |
| 6418470 | Li | G | $ 71,696.67 |
| 6418474 | Li | S | $ 94,288.52 |
| 6418480 | Lo | J | $ 50,985.21 |
| 6418481 | Lo | M | $ 242,588.00 |
| 6418491 | Lu | M | $ 45,000.00 |
| 6418500 | Lu | J | $ 40,287.79 |
| 6418503 | Lu | N | $ 66,465.00 |
| 6418513 | Ma | V | $ 19,816.19 |
| 6418542 | Ma | J | $ 292,492.00 |
| 6418544 | Ma | L | $ 167,600.00 |
| 6418546 | Ma | I | $ 39,328.08 |
| 6418553 | Ma | J | $ 424,243.00 |
| 6418555 | Ma | A | $ 30,000.00 |
| 6418567 | Ma | C | $ 462,507.50 |
| 6418573 | Ma | J | $ 72,124.96 |
| 6418574 | Ma | S | $ 394,465.18 |
| 6418584 | Mc | F | $ 1,517,849.45 |
| 6418587 | Mc | M | $ 490,609.00 |
| 6418604 | Mc | M | $ 210,000.00 |
| 6418607 | Mc | S | $ 121,500.00 |
| 6418608 | Mc | B | $ 330,932.00 |
| 6418617 | Mc | S | $ 165,455.91 |
| 6418619 | Mc | L | $ 69,304.31 |
| 6418622 | Mc | D | $ 320,000.00 |
| 6418624 | Me | R | $ 237,819.87 |
| 6418629 | Me | S | $ 128,040.00 |
| 6418635 | Me | C | $ 92,931.51 |
| 6418638 | Me | C | $ 128,600.20 |
| 6418639 | Me | J | $ 424,456.67 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6418643 | Me | J | $ 30,000.00 |
| 6418646 | Me | R | $ 291,391.84 |
| 6418647 | Me | M | $ 54,499.98 |
| 6418652 | Mi | M | $ 820,362.16 |
| 6418661 | Fi | V | $ 38,800.00 |
| 6418665 | Mi | C | $ 222,378.00 |
| 6418666 | Mi | D | $ 163,237.68 |
| 6418673 | Mi | K | $ 58,842.20 |
| 6418680 | Mi | J | $ 50,000.00 |
| 6418699 | Mo | S | $ 5,000.00 |
| 6418703 | Mo | R | $ 141,000.00 |
| 6418712 | Mo | B | $ 774,117.82 |
| 6418713 | Mo | E | $ 317,000.00 |
| 6418718 | Mo | J | $ 78,375.00 |
| 6418724 | Mo | D | $ 555,274.97 |
| 6418728 | Mo | H | $ 208,172.26 |
| 6418729 | Mo | J | $ 69,283.23 |
| 6418742 | Mu | L | $ 45,000.00 |
| 6418745 | Mu | B | $ 360,729.49 |
| 6418762 | Ne | B | $ 236,351.76 |
| 6418766 | Ne | I | $ 221,102.00 |
| 6418770 | Ni | J | $ 568,634.73 |
| 6418774 | Ni | S | $ 290,000.00 |
| 6418777 | No | I | $ 131,253.42 |
| 6418780 | No | P | $ 42,141.46 |
| 6418795 | Ol | L | $ 133,600.00 |
| 6418798 | O' | T | $ 122,906.52 |
| 6418805 | Or | S | $ 98,376.71 |
| 6418809 | Or | R | $ 68,885.00 |
| 6418815 | Os | A | $ 30,750.00 |
| 6418823 | Ou | P | $ 658,600.00 |
| 6418834 | Pa | J | $ 29,081.79 |
| 6418839 | Pa | S | $ 4,626,864.00 |
| 6418840 | Pa | M | $ 150,000.00 |
| 6418845 | Pa | M | $ 66,778.10 |
| 6418852 | Pa | M | $ 75,000.00 |
| 6418862 | Pe | K | $ 143,736.65 |
| 6418870 | Pe | K | $ 115,522.62 |
| 6418874 | Pe | R | $ 144,614.11 |
| 6418876 | Ph | A | $ 97,858.91 |
| 6418879 | Ph | G | $ 11,575.00 |
| 6418882 | Ph | M | $ 66,847.68 |
| 6418887 | Ph | S | $ 778,122.08 |
| 6418894 | Tu | P | $ 103,149.02 |
| 6418898 | Pr | D | $ 144,851.44 |
| 6418899 | Pr | K | $ 827,343.23 |
| 6418902 | Pr | T | $ 585,377.64 |
| 6418904 | Pr | W | $ 81,105.48 |
| 6418905 | Pr | T | $ 5,000.00 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6418912 | Pu | S | $ 27,862.50 |
| 6418914 | Wo | N | $ 41,991.19 |
| 6418916 | Pu | R | $ 219,533.57 |
| 6418924 | Ra | S | $ 400,149.07 |
| 6418930 | Ra | R | $ 129,600.00 |
| 6418934 | Ra | B | $ 118,838.38 |
| 6418941 | Re | R | $ 735,132.88 |
| 6418942 | Re | I | $ 98,586.10 |
| 6418943 | Re | A | $ 21,000.00 |
| 6418947 | Re | D | $ 264,131.00 |
| 6418963 | Re | M | $ 203,724.16 |
| 6418966 | Re | M | $ 661,000.00 |
| 6418972 | Pr | R | $ 120,000.00 |
| 6418975 | Ri | B | $ 367,121.23 |
| 6418985 | Ro | D | $ 22,800.00 |
| 6418998 | Ro | G | $ 47,392.47 |
| 6418999 | Ro | T | $ 44,000.00 |
| 6419006 | Ro | S | $ 176,677.22 |
| 6419011 | Ro | P | $ 529,860.00 |
| 6419030 | Ry | B | $ 84,622.00 |
| 6419031 | Ry | B | $ 253,018.87 |
| 6419038 | Sa | C | $ 174,118.18 |
| 6419039 | Sa | L | $ 91,340.00 |
| 6419040 | Sa | A | $ 180,810.10 |
| 6419043 | Sa | K | $ 50,000.00 |
| 6419044 | Sa | S | $ 17,464.90 |
| 6419047 | Sa | M | $ 335,200.00 |
| 6419058 | Sc | S | $ 256,256.54 |
| 6419060 | Sc | J | $ 500,000.00 |
| 6419068 | Sc | R | $ 403,597.94 |
| 6419082 | Sc | C | $ 256,231.86 |
| 6419083 | Sc | L | $ 301,268.49 |
| 6419085 | Sc | J | $ 350,000.00 |
| 6419095 | Se | W | $ 7,833.34 |
| 6419101 | Se | D | $ 1,142,879.78 |
| 6419102 | Se | J | $ 305,684.88 |
| 6419103 | Se | T | $ 74,479.17 |
| 6419113 | Sh | R | $ 41,024.00 |
| 6419116 | Sh | J | $ 10,000.00 |
| 6419124 | Sh | D | $ 407,312.58 |
| 6419132 | Sh | L | $ 26,300.00 |
| 6419135 | Sh | E | $ 45,737.00 |
| 6419168 | Sm | J | $ 206,604.86 |
| 6419169 | Sm | L | $ 37,876.72 |
| 6419181 | So | N | $ 208,172.97 |
| 6419187 | So | M | $ 158,758.56 |
| 6419203 | Sp | M | $ 97,791.69 |
| 6419204 | Sp | M | $ 90,000.00 |
| 6419205 | Sp | S | $ 253,992.33 |

| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
|---|---|---|---|
| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| 6419212 | St | S | $ 29,579.24 |
| 6419221 | St | K | $ 216,755.26 |
| 6419228 | St | S | $ 303,350.00 |
| 6419236 | Su | F | $ 49,615.89 |
| 6419249 | Sw | K | $ 457,497.54 |
| 6419262 | Ta | D | $ 293,625.00 |
| 6419265 | Ta | K | $ 45,000.00 |
| 6419268 | Ta | W | $ 258,182.50 |
| 6419274 | Te | W | $ 162,000.00 |
| 6419277 | Te | S | $ 10,375.00 |
| 6419286 | Th | H | $ 10,999.90 |
| 6419287 | Th | W | $ 643,469.00 |
| 6419293 | Ti | D | $ 123,600.00 |
| 6419299 | Ti | V | $ 229,763.32 |
| 6419301 | To | E | $ 15,000.00 |
| 6419308 | Tr | D | $ 152,446.17 |
| 6419310 | Tr | L | $ 253,520.00 |
| 6419311 | Tr | R | $ 200,000.00 |
| 6419317 | Tr | D | $ 582,000.00 |
| 6419319 | Tu | I | $ 387,507.00 |
| 6419320 | Tu | M | $ 863,240.00 |
| 6419332 | Uh | V | $ 30,000.00 |
| 6419336 | Ut | A | $ 695,603.00 |
| 6419341 | Va | J | $ 49,079.68 |
| 6419353 | Va | M | $ 13,420.00 |
| 6419358 | Ve | D | $ 21,775.51 |
| 6419362 | Vi | R | $ 802,070.07 |
| 6419372 | Vo | G | $ 370,000.00 |
| 6419386 | Wa | M | $ 50,000.00 |
| 6419390 | Wa | T | $ 892,258.00 |
| 6419410 | We | J | $ 225,000.00 |
| 6419412 | We | J | $ 452,000.00 |
| 6419417 | We | L | $ 166,413.00 |
| 6419418 | We | S | $ 104,000.00 |
| 6419419 | We | M | $ 144,839.37 |
| 6419428 | We | S | $ 183,253.42 |
| 6419430 | We | Z | $ 38,361.80 |
| 6419432 | We | J | $ 573,062.00 |
| 6419436 | Wh | E | $ 224,095.05 |
| 6419438 | Wh | J | $ 100,000.00 |
| 6419443 | Wi | C | $ 162,898.10 |
| 6419452 | Wi | C | $ 495,935.00 |
| 6419453 | Wi | R | $ 185,661.64 |
| 6419456 | Wi | H | $ 380,000.00 |
| 6419461 | Wi | G | $ 25,000.00 |
| 6419472 | Wo | J | $ 163,914.73 |
| 6419476 | Ya | A | $ 331,950.66 |
| 6419494 | Jo | T | $ 478,250.00 |
| 6419496 | Za | G | $ 34,829.30 |

| United States v. Lewis Wallach, No. 20-CR-00365-MMC | | | |
|---|---|---|---|
| Revised Restitution Schedule (by Victim ID No.) | | | |
| | | | |
| Victim ID No. | Last Name (First 2 Letters) | First Name (First Letter) | Restitution |
| 6419504 | Ze | D | $ 93,025.00 |
| 6419521 | An | D | $ 158,793.97 |
| 6419525 | An | S | $ 546,971.40 |
| 6419527 | An | J | $ 113,317.56 |
| 6419531 | An | K | $ 343,644.52 |
| 6419533 | An | R | $ 80,657.89 |
| 6419538 | Ar | N | $ 249,764.38 |
| 6419548 | Ar | L | $ 86,210.00 |
| 6419557 | Ba | N | $ 41,108.90 |
| 6419563 | Ba | K | $ 855,048.55 |
| 6419573 | Ba | S | $ 122,973.30 |
| 6419603 | An | P | $ 100,000.00 |
| 6419605 | Za | J | $ 78,178.35 |
| 6419607 | Ca | M | $ 298,498.75 |
| 6419608 | Ch | J | $ 174,000.00 |
| 6419609 | Pa | D | $ 223,948.64 |
| 6419616 | As | C | $ 503,442.75 |
| 6419617 | Br | H | $ 391,849.00 |
| 6419620 | Ch | J | $ 300,000.00 |
| 6428799 | Sw | C | $ 232,027.00 |
| 6430948 | Ki | K | $ 163,361.27 |
| 6443112 | Cu | M | $ 43,600.00 |
| 6443272 | Pa | V | $ 149,406.25 |
| 6450412 | Li | G | $ 26,228.98 |
| 6455624 | Ga | J | $ 284,250.00 |
| 6465712 | Mo | P | $ 253,172.26 |
| 6467428 | Be | K | $ 366,838.91 |
| 6535359 | Pu | D | $ 154,537.08 |
| 6547580 | So | M | $ 64,914.00 |
| 6548098 | Fo | J | $ 2,777.50 |
| 6548114 | Se | M | $ 66,025.00 |
| 6582113 | Go | N/A | $ 37,500.00 |
| 6585236 | De | M | $ 15,480.48 |
| 6721226 | Ki | K | $ 190,580.41 |
| 6727074 | Ha | J | $ 121,695.23 |
| 6851516 | Go | B | $ 7,250.00 |
| | | | |
| | | | $ 109,953,495.90 |

# EXHIBIT C



Witter Coins
2299 Lombard Street
San Francisco, CA 94123
(415) 781-5690

May 4, 2021

Mario Scussel
Federal Bureau of Investigation
450 Golden Gate Ave
13th Floor
San Francisco, CA 94102

Dear Agent Scussel:

We have examined and authenticated all of the items presented to us on May 4th, 2021. The total value of the collection on that day was $467,996.32. Attached is an inventory and break down.

Regards,

Seth Chandler

Witter Coin

| Bag # | Item | Quan | Price | Total |
|---|---|---|---|---|
| 1B-28 | 2018 AMERICAN GOLD EAGLE 1 OZ | 140 | 1831 | $ 256,340.00 |
| 1B-27 | 2018 AMERICAN GOLD BUFFALO 1OZ | 60 | 1801 | $ 108,060.00 |
| 1B-26 | 2016 AMERICAN GOLD EAGLE 1OZ | 40 | 1831 | $ 73,240.00 |
| 1B-4 | 2013 $20 CANADA SILVER MAPLE LEAF IMPRESSION  PROOF | 7 | 30 | $ 210.00 |
| 1B-13 | 2006 PROOF GOLD BUFFALO 1OZ | 10 | 1801 | $ 18,010.00 |
| 1B-6 | 2013 AMERICAN SILVER EAGLE 1OZ ANACS MS70 | 2 | 40 | $ 80.00 |
| 1B-6 | 2013 WEST POINT AMERICAN SILVER EAGLE 1OZ NGC SP70 EH ER | 1 | 45 | $ 45.00 |
| 1B-18 | 2012 AUSTRALIAN $30 SILVER DRAGON KILO | 1 | 980 | $ 980.00 |
| 1B-16 | AU MORGAN SILVER DOLLAR | 13 | 40 | $ 520.00 |
| 1B-9 | 1878-S $1 MORGAN SILVER DOLLAR PCGS MS63 | 2 | 75 | $ 150.00 |
| 1B-2 | BU AMERICAN SILVER EAGLE | 14 | 34.38 | $ 481.32 |
| 1B-2 | PROOF AMERICAN SILVER EAGLES | 6 | 40 | $ 240.00 |
| 1B-10 | 1986 PROOF AMERICAN SILVER EALGES | 2 | 55 | $ 110.00 |
| 1B-7 | MISC AU PEACE DOLLARS | 12 | 27 | $ 324.00 |
| 1B-11 | 1923 $1 PEACE DOLLARS NGC MS66 | 1 | 325 | $ 325.00 |
| 1B-11 | 1922 $1 PEACE DOLLARS PCGS MS66 | 1 | 325 | $ 325.00 |
| 1B-12 | 2013 AMERICAN GOLD EAGLE BU 1OZ | 1 | 1831 | $ 1,831.00 |
| 1B-1 | 1OZ SILVER ARROWHEAD ROUNDS | 15 | 27 | $ 405.00 |
| 1B-14 | $1 1988 OLYMPIC SILVER DOLLAR | 1 | 20 | $ 20.00 |
| 1B-14 | $5 1992 OLYMPIC GOLD HALF EAGLE | 1 | 440 | $ 440.00 |
| 1B-8 | 2013 PROOF AMERICAN SILVER EAGLE | 2 | 40 | $ 80.00 |
| 1B-23 | KENNEDY HALF SET 1964-2000 | 1 | 35 | $ 35.00 |
| 1B-17 | PRE-21 MORGAN AU SLIDER | 87 | 35 | $ 3,045.00 |
| 1B-15 | AU PEACE DOLLARS | 100 | 27 | $ 2,700.00 |
| 1B-3 | 2012 AMERICAN PLATINUM EAGLE 1 OZ PROOF | 6 | 1300 | $ 7,800.00 |
| 1B-19 | 100 OZ APMEX SILVER BAR | 1 | 2840 | $ 2,840.00 |
| 1B-21 | 10 OZ SILVER BARS MISC | 30 | 284 | $ 8,520.00 |
| 1B-22 | 10 OZ SILVER BARS MISC | 20 | 284 | $ 5,680.00 |
| 1B-20 | AMERICAN SILVER EAGLES 1OZ | 160 | 34.38 | $ 5,500.80 |
| 1B-5 | 2013 CANADA $20 SILVER BALD EAGLE | 15 | 25 | $ 375.00 |
| 1B-24 | 2004 AMERICAN SILVER EAGLE MONSTER BOX 500 COINS | 500 | 34.48 | $ 17,240.00 |
| 1B-25 | 2013 AMERICAN SILVER EAGLE MONSTER BOX 500 COINS | 500 | 34.48 | $ 17,240.00 |
| | | | | $ 467,996.32 |